IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  09-cv-00299-WYD-MJW

ANGELA OBERLIN,

      Plaintiff,

v.

CONFLUENCE TECHNOLOGIES, INC., a Delaware corporation; and
JOHN DOES 1 THROUGH 10, individuals,

      Defendants.

---

## ORDER OF RECUSAL

---

THIS MATTER is before me on review of the file.  My daughter is an associate at

the law firm of Faegre & Benson, counsel for Defendants Confluence Technologies,

Inc., a Delaware Corporation.  For this reason, I believe that it would be inappropriate

for me to preside over this case.  Accordingly, I should recuse myself.  It is therefore

ORDERED that the judge's file be returned to the clerk and that the case be

reassigned by random draw.

Dated this <u>23rd</u> day of February, 2009.


BY THE COURT:



<u>s/ Wiley Y. Daniel</u>
WILEY Y. DANIEL,
CHIEF UNITED STATES DISTRICT JUDGE