IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 09-cv-00299-PAB-MJW

ANGELA OBERLIN,

      Plaintiff,

v.

CONFLUENCE TECHNOLOGIES, INC.,
a Delaware corporation,

      Defendant.

_____

## ORDER OF DISMISSAL WITH PREJUDICE

_____

THIS MATTER comes before the Court upon the parties' Stipulation of Dismissal

[Docket No. 23].  The Court has reviewed the pleading and is fully advised in the

premises.  It is

**ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), this matter, and all claims

asserted therein, is dismissed with prejudice, with each party to bear its own attorneys'

fees and costs.

DATED April 17, 2009.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge